**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY H. JENKINS,<br><br>        Petitioner,<br><br>  v.<br><br>WILLIAM MUNIZ, Warden,<br><br>        Respondent. | Case No. CV 15-6224 SJO (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:

      6/8/17

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE